# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF: USA v.s. Green | FOR: Mass AT: Boston | |

PERSON REPRESENTED (Show your full name): **Ricardo Green**

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-1666-CBS
District Court:
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

**18 U.S.C. 922(g)**

---

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: **9/03**
- How much did you earn per month? $ **$1,000**
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: _____
- SOURCES: **None**
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE _____ DESCRIPTION _____

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: **1**
- List persons you actually support and your relationship to them: **Ø**

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: **None**
- Creditors: _____ Total Debt $ _____ Monthly Paymt. $ _____

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **2/24/04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Ricardo Greene*