✏AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

| United States | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Ricardo Green | Case Number: 04-1666-CBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Cabel | Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/9/04 | 3:10 p | Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| X | | 2/26/2004 | | | Lisa Rudnicki, Special Agent ATF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 2/26/2004 | X | X | Complaint Affidavit |
| 2 | | 2/26/2004 | X | X | Reports concerning firearm |
| 3 | | 2/26/2004 | X | X | Copies of Photographs of firearm |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages