UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>RICARDO GREEN        ) | CR. NO. 04-1666-CBS |

**UNITED STATES' MOTION FOR PROTECTIVE ORDER
PURSUANT TO RULE 16(d)(1)**

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States of America, by its undersigned counsel, hereby moves for an order limiting the use and further disclosure of certain discovery materials, as set forth below.

The defendant has moved for disclosure by the government of the transcript of India Rose's testimony before a Suffolk County grand jury (the "grand jury transcript"). The government previously objected to the defendant's request on the ground that the government was not required to produce the transcript at this early stage of the proceedings. Without waiving any arguments it has made, the government has agreed after discussions between counsel to produce the grand jury transcript to the defendant's counsel. However, given concerns regarding the risks that could attend the unfettered disclosure of the grand jury transcript, the government hereby respectfully requests that this Court enter a protective order as set forth below, to which the defendant's counsel does not object.

3-5-04
allowed

WHEREFORE, the United States requests that this Court:

1. Order that the grand jury transcript be disclosed to the defendant's counsel, and

2. Order that it be: (a) viewed only by the defendant's counsel, who may not disclose or communicate its contents to the defendant or to any other person.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3105

Dated: March 5, 2004

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            March 5, 2004

I, DONALD L. CABELL, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing on Timothy Watkins, Federal Defender Office, 408 Atlantic Avenue, 3rd floor, Boston, MA 02210

/s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney