```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO GREEN | ) | CR. NO. 04-1666-CBS |
| | ) | |

**PROTECTIVE ORDER FOR SENSITIVE INFORMATION**

This matter having come before the Court on the government's Motion pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure for a Protective Order regarding the disclosure of certain discovery materials, i.e., the grand jury transcript of India Rose, this Court Orders that:

(1) The government immediately disclose to the defendant's counsel a complete and unredacted version of the grand jury transcript of India Rose;

(2) Defendant's counsel may view the grand jury transcript and make use of it at the preliminary exam/detention hearing, and, if appropriate, at trial, but may not convey or communicate its contents to the defendant or to any other person.

Nothing in this Protective Order shall prevent defense counsel from seeking review or modification of any provision of this Order, as circumstances may warrant.

SO ORDERED

This 5th day of March, 2004.

_____
CHARLES B. SWARTWOOD
United States Magistrate Judge
District of Massachusetts