UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              CR 04-1666-CBS

RICARDO GREEN,
        Defendant,

ORDER OF APPOINTMENT OF COUNSEL

February 24, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE

                                        By the Court:

                                        /s/ Lisa B. Roland
                                        Lisa B. Roland
                                        Deputy Clerk